

| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | | N Br___ | | Pay Date: | 1/17/2025 |
| Employee #: | | | | Pay Period: | 12/29/2024 - 1/11/2025 |
| Employee Address: | | 1517 S Newkirk St | | Check #: | 888883682 |
| | | Philadelphia, PA 19146 | | Pay Frequency: | Bi-Weekly |
| Department: | | Accounting | | Federal Filing Status: | HoH |
| Job Title: | | Project Development Accountant | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | | | Local Exemptions: | 0 (Philadelphia) |
| Employer Name: | Ensemble East, LLC | | | State Filing Status: | (PA) |
| Employer Phone: | 602-277-8558 | | | State Exemptions: | 0 (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400 | | | | |
| | Phoenix, AZ 85016 | | | | |

| | Current 12/29/2024 - 1/11/2025 | | | YTD As of 1/11/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $2,717.78 | | $3,599.15 |
| Regular | | | $2,191.83 | | $3,711.83 |
| Holiday | | | $313.12 | | $921.12 |
| Vacation | | | $608.00 | | $1,520.00 |
| **On-Demand Previous Year | | | ($395.17) | | ($2,553.80) |
| **Memo Information** | | | $131.85 | | $260.65 |
| ER Cost of Life Ben | | | $2.75 | | $5.50 |
| ER Cost of LTD Ben | | | $4.58 | | $9.03 |
| 401K Company Match | | | $124.52 | | $246.12 |
| **Pre-Tax Deductions** | | | $278.21 | | $550.58 |
| 401K Percent | | | $249.04 | | $492.24 |
| FSA Medical Deferral | | | $29.17 | | $58.34 |
| **Taxes** | | | $392.03 | | $517.06 |
| FICA EE | | | $166.69 | | $219.53 |
| Fed MWT EE | | | $38.98 | | $51.34 |
| PA W/H | | | $82.54 | | $108.70 |
| PA UT EE | | | $1.90 | | $2.52 |
| PhilCityW/H | | | $101.92 | | $134.97 |
| **Post-Tax Deductions** | | | $22.98 | | $45.57 |
| Short Term Disability Premium | | | $13.48 | | $26.57 |
| Voluntary Child Life & ADD | | | $1.00 | | $2.00 |
| Voluntary Life & ADD | | | $8.50 | | $17.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,024.56 | | $2,485.94 |
| On-Demand Pay - 1/2/2025 | | | $188.54 | | |
| On-Demand Pay - 1/2/2025 | | | $188.37 | | |
| On-Demand Pay - 1/3/2025 | | | $188.40 | | |
| On-Demand Pay - 1/6/2025 | | | $188.38 | | |
| On-Demand Pay - 1/7/2025 | | | $188.38 | | |
| On-Demand Pay - 1/8/2025 | | | $188.38 | | |
| On-Demand Pay - 1/9/2025 | | | $188.38 | | |
| On-Demand Pay - 1/10/2025 | | | $188.40 | | |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $197.33 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| Sick - Hours Balance: | 54.17 Hours | Sick - Hours Accrued: | 2.67 Hours | | |
| Vacation - Hours Balance: | 48.49 Hours | Vacation - Hours Accrued: | 4.62 Hours | Vacation - Hours Taken: | 16.00 Hours |
| Birthday Balance: | 8.00 Hours | | | | |
| Floating Holiday Balance: | 0.00 Hours | | | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | | Employee Name: | ___ N Br___ | Pay Date: | 1/17/2025 |
|---|---|---|---|---|---|
| | | Employee #: | | Pay Period: | 12/29/2024 - 1/11/2025 |
| | | Employee Address: | 1517 S Newkirk St | Check #: | 888883682 |
| | | | Philadelphia, PA 19146 | Pay Frequency: | Bi-Weekly |
| | | Department: | Accounting | Federal Filing Status: | HoH |
| | | Job Title: | Project Development Accountant | Federal 2c/Extra Withholding: | No/$0.00 |
| **Employer Name:** | Ensemble East, LLC | | | **Local Exemptions:** | 0 (Philadelphia) |
| **Employer Phone:** | 602-277-8558 | | | **State Filing Status:** | (PA) |
| **Employer Address:** | 4722 N 24th Street, Ste 400 | | | **State Exemptions:** | 0 (PA) |
| | Phoenix, AZ 85016 | | | | |

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| **OnDemand | 12/29/2024 | 1/11/2025 | | | ($395.17) |





| | | |
|---|---|---|
| Employee #: | Employee Name: [REDACTED] N Brooks | Check Date: 1/3/2025 |
| Employee Address: | 1517 S Newkirk St<br>Philadelphia, PA 19146 | Pay Period: 12/15/2024 - 12/28/2024<br>Deposit Advice #: 881306671 |
| Department: | Accounting | Pay Frequency: Bi-Weekly |
| Job Title: | Project Development Accountant | Federal Filing Status: HoH<br>Federal 2c/Extra Withholding: No/$0.00 |
| Employer Name: | Ensemble East, LLC | Local Exemptions: 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | State Filing Status: (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400<br>Phoenix, AZ 85016 | State Exemptions: 0 (PA) |

| | Current<br>12/15/2024 - 12/28/2024 | | | YTD<br>As of 12/28/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $881.37 | | $881.37 |
| Regular | | | $1,520.00 | | $1,520.00 |
| Holiday | | | $608.00 | | $608.00 |
| Vacation | | | $912.00 | | $912.00 |
| **On-Demand Previous Year | | | ($2,158.63) | | ($2,158.63) |
| **Memo Information** | | | $128.80 | | $128.80 |
| ER Cost of Life Ben | | | $2.75 | | $2.75 |
| ER Cost of LTD Ben | | | $4.45 | | $4.45 |
| 401K Company Match | | | $121.60 | | $121.60 |
| **Pre-Tax Deductions** | | | $272.37 | | $272.37 |
| 401K Percent | | | $243.20 | | $243.20 |
| FSA Medical Deferral | | | $29.17 | | $29.17 |
| **Taxes** | | | $125.03 | | $125.03 |
| FICA EE | | | $52.84 | | $52.84 |
| Fed MWT EE | | | $12.36 | | $12.36 |
| PA W/H | | | $26.16 | | $26.16 |
| PA UT EE | | | $0.62 | | $0.62 |
| PhilCityW/H | | | $33.05 | | $33.05 |
| **Post-Tax Deductions** | | | $22.59 | | $22.59 |
| Short Term Disability Premium | | | $13.09 | | $13.09 |
| Voluntary Child Life & ADD | | | $1.00 | | $1.00 |
| Voluntary Life & ADD | | | $8.50 | | $8.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $461.38 | | $461.38 |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $141.38 | | |

| Accruals & Balances | | | | | |
|---|---|---|---|---|---|
| Sick - Hours Balance: | 51.50 Hours | Sick - Hours Accrued: | 2.67 Hours | | |
| Vacation - Hours Balance: | 59.87 Hours | Vacation - Hours Accrued: | 4.62 Hours | Vacation - Hours Taken: | 24.00 Hours |
| Birthday Balance: | 8.00 Hours | | | | |
| Floating Holiday Balance: | 0.00 Hours | | | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | | |
|---|---|---|
| Employee Name: | N Brooks | Date: 1/3/2025 |
| Employee #: | | Pay Period: 12/15/2024 - 12/28/2024 |
| Employee Address: | 1517 S Newkirk St, Philadelphia, PA 19146 | Deposit Advice #: 881306671 |
| Department: | Accounting | Pay Frequency: Bi-Weekly |
| Job Title: | Project Development Accountant | Federal Filing Status: HoH |
| | | Federal 2c/Extra Withholding: No/$0.00 |
| Employer Name: | Ensemble East, LLC | Local Exemptions: 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | State Filing Status: (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400, Phoenix, AZ 85016 | State Exemptions: 0 (PA) |

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| **OnDemand | 12/15/2024 | 12/28/2024 | | | ($2,158.63) |





| | Employee Name: | [REDACTED] N Brooks-Ellis | | Check Date: | 12/20/2024 |
|---|---|---|---|---|---|
| | Employee #: | | | Pay Period: | 12/1/2024 - 12/14/2024 |
| | Employee Address: | 1517 S Newkirk St | | Check #: | 873257702 |
| | | Philadelphia, PA 19146 | | Pay Frequency: | Bi-Weekly |
| | Department: | Accounting | | Federal Filing Status: | HoH |
| | Job Title: | Project Development Accountant | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Ensemble East, LLC | | | Local Exemptions: | 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | | | State Filing Status: | (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400 | | | State Exemptions: | 0 (PA) |
| | Phoenix, AZ 85016 | | | | |

| | Current 12/1/2024 - 12/14/2024 | | | YTD As of 12/14/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $3,040.00 | | $82,892.42 |
| Regular | | | $3,040.00 | | $69,627.70 |
| Holiday | | | | | $3,004.93 |
| Bonus | | | | | $6,080.00 |
| Retro | | | | | $116.92 |
| SICK-REGULAR | | | | | $2,584.00 |
| Vacation | | | | | $3,589.53 |
| **On-Demand Previous Year | | | | | ($2,110.66) |
| **Memo Information** | | | $98.40 | | $2,722.55 |
| ER Cost of Life Ben | | | $2.75 | | $66.00 |
| ER Cost of LTD Ben | | | $4.45 | | $106.46 |
| 401k Match Corporate | | | $91.20 | | $2,550.09 |
| **Pre-Tax Deductions** | | | $243.20 | | $6,800.25 |
| 401K Percent | | | $243.20 | | $6,800.25 |
| **Taxes** | | | $442.02 | | $13,283.20 |
| Fed W/H | | | | | $1,230.59 |
| FICA EE | | | $188.48 | | $5,139.33 |
| Fed MWT EE | | | $44.08 | | $1,201.94 |
| PA W/H | | | $93.33 | | $2,544.85 |
| PA UT EE | | | $2.13 | | $58.02 |
| PhilCityW/H | | | $114.00 | | $3,108.47 |
| **Post-Tax Deductions** | | | $9.50 | | $228.00 |
| Voluntary Child Life & ADD | | | $1.00 | | $24.00 |
| Voluntary Life & ADD | | | $8.50 | | $204.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,345.28 | | $62,580.97 |
| On-Demand Pay - 12/2/2024 | | | $180.78 | | |
| On-Demand Pay - 12/3/2024 | | | $188.37 | | |
| On-Demand Pay - 12/4/2024 | | | $188.40 | | |
| On-Demand Pay - 12/5/2024 | | | $188.39 | | |
| On-Demand Pay - 12/6/2024 | | | $188.38 | | |
| On-Demand Pay - 12/11/2024 | | | $376.75 | | |
| On-Demand Pay - 12/13/2024 | | | $376.77 | | |
| On-Demand Pay - 12/15/2024 | | | $120.00 | | |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $217.44 | | |

| **Accruals & Balances** | | | | |
|---|---|---|---|---|
| Sick - Hours Balance: | 48.83 Hours | Sick - Hours Accrued: | 2.67 Hours | |
| Vacation - Hours Balance: | 79.25 Hours | Vacation - Hours Accrued: | 4.62 Hours | |
| Birthday Balance: | 8.00 Hours | | | |
| Floating Holiday Balance: | 0.00 Hours | | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | Employee Name: | [REDACTED] N Br[REDACTED] | Check Date: | 12/6/2024 |
|---|---|---|---|---|
| | Employee #: | | Pay Period: | 11/17/2024 - 11/30/2024 |
| | Employee Address: | 1517 S Newkirk St Philadelphia, PA 19146 | Check #: | 866362104 |
| | Department: | Accounting | Pay Frequency: | Bi-Weekly |
| | Job Title: | Project Development Accountant | Federal Filing Status: | HoH |
| | | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Ensemble East, LLC | | Local Exemptions: | 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | | State Filing Status: | (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400 Phoenix, AZ 85016 | | State Exemptions: | 0 (PA) |

| | Current 11/17/2024 - 11/30/2024 | | | YTD As of 11/30/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $3,040.00 | | $79,852.42 |
| Regular | | | $2,128.00 | | $66,587.70 |
| Holiday | | | $608.00 | | $3,004.93 |
| Bonus | | | | | $6,080.00 |
| Retro | | | | | $116.92 |
| SICK-REGULAR | | | | | $2,584.00 |
| Vacation | | | $304.00 | | $3,589.53 |
| **On-Demand Previous Year | | | | | ($2,110.66) |
| **Memo Information** | | | $98.40 | | $2,624.15 |
| ER Cost of Life Ben | | | $2.75 | | $63.25 |
| ER Cost of LTD Ben | | | $4.45 | | $102.01 |
| 401k Match Corporate | | | $91.20 | | $2,458.89 |
| **Pre-Tax Deductions** | | | $243.20 | | $6,557.05 |
| 401K Percent | | | $243.20 | | $6,557.05 |
| **Taxes** | | | $442.02 | | $12,841.18 |
| Fed W/H | | | | | $1,230.59 |
| FICA EE | | | $188.48 | | $4,950.85 |
| Fed MWT EE | | | $44.08 | | $1,157.86 |
| PA W/H | | | $93.33 | | $2,451.52 |
| PA UT EE | | | $2.13 | | $55.89 |
| PhilCityW/H | | | $114.00 | | $2,994.47 |
| **Post-Tax Deductions** | | | $9.50 | | $218.50 |
| Voluntary Child Life & ADD | | | $1.00 | | $23.00 |
| Voluntary Life & ADD | | | $8.50 | | $195.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,345.28 | | $60,235.69 |
| On-Demand Pay - 11/18/2024 | | | $180.78 | | |
| On-Demand Pay - 11/19/2024 | | | $188.37 | | |
| On-Demand Pay - 11/20/2024 | | | $188.40 | | |
| On-Demand Pay - 11/21/2024 | | | $188.39 | | |
| On-Demand Pay - 11/22/2024 | | | $188.37 | | |
| On-Demand Pay - 11/25/2024 | | | $188.38 | | |
| On-Demand Pay - 11/27/2024 | | | $188.38 | | |
| On-Demand Pay - 11/27/2024 | | | $188.40 | | |
| On-Demand Pay - 11/29/2024 | | | $300.00 | | |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $225.81 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| Sick - Hours Balance: | 46.16 Hours | Sick - Hours Accrued: | 2.67 Hours | | |
| Vacation - Hours Balance: | 74.63 Hours | Vacation - Hours Accrued: | 4.62 Hours | Vacation - Hours Taken: | 8.00 Hours |
| Birthday Balance: | 8.00 Hours | | | | |
| Floating Holiday Balance: | 0.00 Hours | | | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | Employee Name: | [REDACTED] N Brooks | Pay Date: | 11/22/2024 |
|---|---|---|---|---|
| | Employee #: | | Pay Period: | 11/3/2024 - 11/16/2024 |
| | Employee Address: | 1517 S Newkirk St<br>Philadelphia, PA 19146 | Check #: | 860018562 |
| | | | Pay Frequency: | Bi-Weekly |
| | Department: | Accounting | Federal Filing Status: | HoH |
| | Job Title: | Project Development Accountant | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Ensemble East, LLC | | Local Exemptions: | 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | | State Filing Status: | (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400<br>Phoenix, AZ 85016 | | State Exemptions: | 0 (PA) |

| | Current<br>11/3/2024 - 11/16/2024 | | | YTD<br>As of 11/16/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $3,040.00 | | $76,812.42 |
| Regular | | | $2,584.00 | | $64,459.70 |
| Holiday | | | | | $2,396.93 |
| Bonus | | | | | $6,080.00 |
| Retro | | | | | $116.92 |
| SICK-REGULAR | | | $456.00 | | $2,584.00 |
| Vacation | | | | | $3,285.53 |
| **On-Demand Previous Year | | | | | ($2,110.66) |
| **Memo Information** | | | $98.40 | | $2,525.75 |
| ER Cost of Life Ben | | | $2.75 | | $60.50 |
| ER Cost of LTD Ben | | | $4.45 | | $97.56 |
| 401k Match Corporate | | | $91.20 | | $2,367.69 |
| **Pre-Tax Deductions** | | | $243.20 | | $6,313.85 |
| 401K Percent | | | $243.20 | | $6,313.85 |
| **Taxes** | | | $442.02 | | $12,399.16 |
| Fed W/H | | | | | $1,230.59 |
| FICA EE | | | $188.48 | | $4,762.37 |
| Fed MWT EE | | | $44.08 | | $1,113.78 |
| PA W/H | | | $93.33 | | $2,358.19 |
| PA UT EE | | | $2.13 | | $53.76 |
| PhilCityW/H | | | $114.00 | | $2,880.47 |
| **Post-Tax Deductions** | | | $9.50 | | $209.00 |
| Voluntary Child Life & ADD | | | $1.00 | | $22.00 |
| Voluntary Life & ADD | | | $8.50 | | $187.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,345.28 | | $57,890.41 |
| On-Demand Pay - 11/4/2024 | | | $180.78 | | |
| On-Demand Pay - 11/5/2024 | | | $188.37 | | |
| On-Demand Pay - 11/6/2024 | | | $188.40 | | |
| On-Demand Pay - 11/7/2024 | | | $188.38 | | |
| On-Demand Pay - 11/8/2024 | | | $188.38 | | |
| On-Demand Pay - 11/11/2024 | | | $188.38 | | |
| On-Demand Pay - 11/12/2024 | | | $188.38 | | |
| On-Demand Pay - 11/13/2024 | | | $188.39 | | |
| On-Demand Pay - 11/14/2024 | | | $188.38 | | |
| On-Demand Pay - 11/15/2024 | | | $188.38 | | |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $149.06 | | |

| **Accruals & Balances** | | | | | |
|---|---|---|---|---|---|
| Sick - Hours Balance: | 43.49 Hours | Sick - Hours Accrued: | 2.67 Hours | Sick - Hours Taken: | 12.00 Hours |
| Vacation - Hours Balance: | 78.01 Hours | Vacation - Hours Accrued: | 4.62 Hours | | |
| Birthday Balance: | 8.00 Hours | | | | |
| Floating Holiday Balance: | 0.00 Hours | | | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.





| | Employee Name: | [REDACTED] N Brooks | | Pay Date: | [REDACTED]/2024 |
|---|---|---|---|---|---|
| | Employee #: | | | Pay Period: | 10/20/2024 - 11/2/2024 |
| | Employee Address: | 1517 S Newkirk St | | Check #: | 852890634 |
| | | Philadelphia, PA 19146 | | Pay Frequency: | Bi-Weekly |
| | Department: | Accounting | | Federal Filing Status: | HoH |
| | Job Title: | Project Development Accountant | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Name: | Ensemble East, LLC | | | Local Exemptions: | 0 (Philadelphia) |
| Employer Phone: | 602-277-8558 | | | State Filing Status: | (PA) |
| Employer Address: | 4722 N 24th Street, Ste 400 | | | State Exemptions: | 0 (PA) |
| | Phoenix, AZ 85016 | | | | |

| | Current 10/20/2024 - 11/2/2024 | | | YTD As of 11/2/2024 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $3,040.00 | | $73,772.42 |
| Regular | | | $3,040.00 | | $61,875.70 |
| Holiday | | | | | $2,396.93 |
| Bonus | | | | | $6,080.00 |
| Retro | | | | | $116.92 |
| SICK-REGULAR | | | | | $2,128.00 |
| Vacation | | | | | $3,285.53 |
| **On-Demand Previous Year | | | | | ($2,110.66) |
| **Memo Information** | | | $98.40 | | $2,427.35 |
| ER Cost of Life Ben | | | $2.75 | | $57.75 |
| ER Cost of LTD Ben | | | $4.45 | | $93.11 |
| 401k Match Corporate | | | $91.20 | | $2,276.49 |
| **Pre-Tax Deductions** | | | $243.20 | | $6,070.65 |
| 401K Percent | | | $243.20 | | $6,070.65 |
| **Taxes** | | | $442.01 | | $11,957.14 |
| Fed W/H | | | | | $1,230.59 |
| FICA EE | | | $188.48 | | $4,573.89 |
| Fed MWT EE | | | $44.08 | | $1,069.70 |
| PA W/H | | | $93.33 | | $2,264.86 |
| PA UT EE | | | $2.12 | | $51.63 |
| PhilCityW/H | | | $114.00 | | $2,766.47 |
| **Post-Tax Deductions** | | | $9.50 | | $199.50 |
| Voluntary Child Life & ADD | | | $1.00 | | $21.00 |
| Voluntary Life & ADD | | | $8.50 | | $178.50 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,345.29 | | $55,545.13 |
| On-Demand Pay - 10/21/2024 | | | $180.78 | | |
| On-Demand Pay - 10/22/2024 | | | $188.38 | | |
| On-Demand Pay - 10/23/2024 | | | $188.40 | | |
| On-Demand Pay - 10/24/2024 | | | $188.38 | | |
| On-Demand Pay - 10/25/2024 | | | $188.38 | | |
| On-Demand Pay - 10/28/2024 | | | $188.38 | | |
| On-Demand Pay - 10/29/2024 | | | $188.37 | | |
| On-Demand Pay - 10/30/2024 | | | $188.40 | | |
| On-Demand Pay - 11/1/2024 | | | $188.38 | | |
| On-Demand Pay - 11/1/2024 | | | $188.38 | | |
| Direct Deposit | 073972181 | XXXXXXXXXX7977 | $320.00 | | |
| Direct Deposit | 122101706 | XXXXXXXX6786 | $149.06 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| Sick - Hours Balance: | 52.82 Hours | Sick - Hours Accrued: | 2.67 Hours |
| Vacation - Hours Balance: | 73.39 Hours | Vacation - Hours Accrued: | 4.62 Hours |
| Birthday Balance: | 8.00 Hours | | |
| Floating Holiday Balance: | 0.00 Hours | | |

**The amount of ODP wages and taxes from the first pay period paid out prior to January are reflected as YTD wages in the prior calendar year.

